# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**KENYATTA EDMOND #400184**  CASE NO. 6:18-CV-01095 SEC P

**VERSUS**  JUDGE JUNEAU

**POLICE DEPT OF LAFAYETTE ET AL**  MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of March, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE